CITY OF ELDORADO SPRINGS, MISSOURI, Respondent v. F. J. HIGHFILL, Appellant.

Springfield Court of Appeals, January 6, 1913.

JURISDICTION: Supreme Court. A case involving a Federal question, to-wit, a construction of the Constitution of the United States regulating commerce between States, is within the jurisdiction of the Supreme Court, and not the Court of Appeals.

Appeal from Cedar County Circuit Court.—*Hon. B. G. Thurman*, Judge.

TRANSFERRED TO THE SUPREME COURT.

*Chas. E. Gilbert* and *J. F. Rhodes* for appellant.

*R. N. Banister* for respondent.

PER CURIAM.—This case involves a Federal question, to-wit, a construction of section 8 of article 1 of the Constitution of the United States regulating commerce between States. A similar case was transferred by the St. Louis Court of Appeals and retained by the Supreme Court. [State v. Looney, 116 Mo. App. 592, 96 S. W. 316; *Id.*, 214 Mo. 216, 97 S. W. 934, 99 S. W. 1165.]

Ordered transferred to the Supreme Court for decision.